# DIVIDENDS REMITTED TO THE COURT

Case Number 10-13834 - ADIGWE, CHRISTOPHER O

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | 000009 | 63.10 | 2.46 |
| Remittance Total | | 63.10 | 2.46 |

*[signature]*
LAUREN A. HELBLING, Trustee

FILED 11 APR -7 PM 3:44 — CLERK U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND